**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**WONDA WILLIAMS**                                                                                      **PLAINTIFF**

V.                              **CASE NO.: 3:07CV00162 BD**

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security Administration**                              **DEFENDANT**

## ORDER

Pending is Plaintiff's Motion for Attorney's Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 (docket entry #18). In the motion, Plaintiff requests fees in the amount of $3,014.65. The Commissioner does not object to the amount requested by the Plaintiff (#20). Accordingly, Plaintiff's motion (#18) is GRANTED and Plaintiff is awarded $3,014.65 in fees.

IT IS SO ORDERED this 22nd day of April, 2009.

_____
UNITED STATES MAGISTRATE JUDGE